UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

FRANCISCO BARRIOS, ET AL.,

Plaintiffs,

v.

WELLS FARGO BANK, N.A., et al.,

Defendants.

Case No. 17-cv-01606-VC

**ORDER TO SHOW CAUSE**

The hearing on the motion to dismiss is vacated, and the plaintiffs are ordered to show cause why this case should not be dismissed for failure to prosecute. The plaintiffs' counsel is further ordered to show cause why he should not be sanctioned and referred to the State Bar in light of what appears to be a pattern of abandoning cases removed to federal court. *See Barajas v. Wells Fargo Bank, N.A.*, No. 5:16-cv-01619-JLS-SP (C.D. Cal. Nov. 2, 2016); *Holguin v. Wells Fargo Bank, N.A.*, No. 2:16-cv-06022-RGK-GJS (C.D. Cal. Sept. 29, 2016); *Velasquez v. Caliber Home Loans Inc.*, No. 2:16-cv-05960-ODW-E (C.D. Cal. Sept. 7, 2016); *Smith v. Wells Fargo Bank, N.A.*, No. 5:16-cv-01614-PA-KK (C.D. Cal. Aug. 23, 2016); *Boyadjian v. JPMorgan Chase Bank, N.A.*, No. 2:16-cv-01697-JAK-JC (C.D. Cal. June 15, 2016); *Von Bulmerincq v. JPMorgan Chase Bank, N.A.*, No. 2:16-cv-01358-DSF-MRW (C.D. Cal. May 23, 2016).

A response to this Order must be filed electronically by no later than May 25, 2017. The Clerk of Court will serve copies of this Order on the plaintiffs' counsel at his addresses of record in this case and with the State Bar:

Law Offices of John Eom
401 North Brand Boulevard, Suite 728
Glendale, California 91203

Law Office of John Eom
520 South La Fayette Park Place, Suite 204
Los Angeles, California 90057

**IT IS SO ORDERED.**

Dated:  May 10, 2017

VINCE CHHABRIA
United States District Judge