UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FRANCISCO BARRIOS, ET AL., <br><br> Plaintiffs, <br><br> v. <br><br> WELLS FARGO BANK, A NATIONAL ASSOCIATION, et al., <br><br> Defendants. | Case No. 17-cv-01606-VC <br><br> **ORDER DISMISSING FOR FAILURE TO PROSECUTE; ORDER RE SANCTIONS** |

The plaintiffs have taken no action in this case since it was reassigned, and quite possibly no action since it was removed to federal court. *See* Dkt. Nos. 10, 17, 19. Their counsel failed to file an opposition to the defendants' motion to dismiss, and their counsel has now failed to respond to an Order to Show Cause. This case is therefore dismissed for failure to prosecute.

For the reasons stated in the Order to Show Cause, attorney John Eom (SBN 181774) is sanctioned in the amount of $500, to be paid to the Clerk of Court by no later than June 30, 2017. *See* Dkt. No. 20. The Clerk will send this Order to Eom's address of record at 520 South La Fayette Park Place, Suite 204, Los Angeles, California 90057. The Clerk will also forward copies of this Order and the Order to Show Cause directly to the State Bar at 845 South Figueroa Street, Los Angeles, California 90017, for appropriate action.

**IT IS SO ORDERED.**

Dated: May 30, 2017

_____
VINCE CHHABRIA
United States District Judge